CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4822
Facsimile: (415) 744-0134
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE N. AVILA, | ) |
| Plaintiff, | ) Case No.: 2:21-cv-00546-VCF |
| v. | ) |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security, | ) UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| Defendant. | ) |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court remand this action for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, conduct any necessary further proceedings and issue a new decision. Defendant further requests that the Clerk of

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on December 1, 2021

Dated: December 2, 2021.

Respectfully submitted

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-2-2021

2

# CERTIFICATE OF SERVICE

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Marc V. Kalagian - rohlfing.kalagian@rksslaw.com

Gerald M. Welt - gmwesq@weltlaw.com

Dated December 2, 2021.

           */s/ Marcelo Illarmo*
           **MARCELO ILLARMO**
           Special Assistant United States Attorney